IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON ALLEN and | : | |
| LAWRENCE WILLIAMS, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-1080 |
| DISTRICT ATTORNEY'S OFFICE | : | |
| OF PHILADELPHIA, PETER DAILEY, | : | |
| ROBERTITO FONTAN, JOSEPH | : | |
| GEORGE, RICHARD T. GRAMLICH, | : | |
| LEWIS B. PALMER, KAREN | : | |
| HEYWARD, JOHN MCCONNELL, | : | |
| JOHN DOE, and RICHARD ROE | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of August, 2009, upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' Response to Defendants' Motion for Summary Judgment it is determined that Defendants' Motion in **GRANTED IN PART** and **DENIED IN PART**. Regarding Plaintiffs' Fourth Amendment claim, Defendants' actions do not merit qualified immunity. As such, summary judgment is **denied** as to this claim. Regarding, Plaintiffs' state law claim, summary judgment is **granted** and Plaintiff's state law claim is dismissed.

Further, the District Attorney's Office of Philadelphia is **DISMISSED** as a party.

**IT IS SO ORDERED.**

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.